[No. 42765-6-II. Division Two. December 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KAYLEAH LYNN DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00975-1, M. Karlynn Haberly, J., entered July 15, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 42800-8-II. Division Two. December 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAN LEE RASHA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02625-8, Susan Serko, J., entered November 10, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 42888-1-II. Division Two. December 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA WILLIAM REISMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00620-9, Nelson E. Hunt, J., entered December 8, 2011. *Reversed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 29959-7-III. Division Three. December 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY GENE ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-00982-7, C. James Lust, J., entered June 2, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.